UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.K., by his parents S.K. and J.W.,

Plaintiff,

*– against –*

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

**ORDER**

26-cv-00195 (ER)

Ramos, D.J.:

Plaintiff L.K., by his parents S.K. and J.W., filed this action against the New York City Department of Education on January 9, 2026. Doc. 1. On September 10, 2026, the parties submitted a joint letter informing the Court that the relief sought by Plaintiff had been fully funded pursuant to pendency under 20 U.S.C. § 1415(j)—the "stay put" provision—rendering this matter moot. Doc. 28. The parties jointly requested a 45-day extension, through October 25, 2026, to resolve attorneys' fees and thereafter file a stipulation of voluntary dismissal. *Id.* This Court granted the request. Doc. 29. October 25 has now passed without an update from the parties. The parties are therefore directed to file a joint status update by November 6, 2026.

It is SO ORDERED.

Dated: November 03, 2026
New York, New York

Edgardo Ramos, U.S.D.J.